PROBATION FORM NO. 35     Report and Order Terminating Probation/
(DSC 8/17)     Supervised Release
Prior to Original Expiration Date

# United States District Court

FOR THE

District of South Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| Corey Jerrick | ) Crim. No. 2:23CR00948-1; 2:23CR00949-1 |

On February 24, 2017, the above-named individual was sentenced to a four-year term of supervised release. The term of supervision commenced on April 26, 2022. Since that time, he has complied with the rules and regulations of supervised release and qualifies for early termination according to the Guide to Judiciary Policy, Vol. 8E, §360.20(c). It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Joseph James
United States Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this  2nd  day of  May , 20 24 .

The Honorable Bruce H. Hendricks
United States District Judge